tracts proved by plaintiff were between Great Britain and the defendant and that plaintiff had failed to prove that Great Britain had acted as agent for Russia.

*Francis X. Carmody* for appellant.

*Charles H. Tuttle* and *William B. Roulstone* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

LORD CONSTRUCTION COMPANY, Respondent, *v.* WILLIAM K. ROSS et al., as Copartners under the Name of WHALE CREEK IRON WORKS et al., Appellants.

*Contract — action to recover cost of completion of work abandoned by contractor — defense of delay.*

*Ford Construction Co.* v. *Ross,* 206 App. Div. 663, affirmed.

(Argued November 28, 1923; decided December 27, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 24, 1923, affirming a judgment in favor of plaintiff entered upon a verdict. The action was brought against the defendants Ross and Weiss as building contractors, and the National Surety Company as their surety, to recover the excess cost of completing a subcontract for the erection by the defendants of certain stairways and ornamental iron work on railroad stations of the Coney Island subway. It was alleged that following the virtual abandonment by the defendants of their performance of the subcontract, plaintiff, pursuant to the contract provisions, took over the work of completion. The defense was delay on the part of the plaintiff to furnish the necessary drawings and site for performance of the work.

*Howard G. Wilson* and *John C. Wait* for appellants.

*Albert Stickney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.